VERTEFEUILLE, J., did not participate in the consideration of or decision on this petition.

*David J. Reich,* in support of the petition.

*Colleen B. Valentine,* assistant attorney general, in opposition.

Decided December 9, 2009

## IN RE TREMAINE C.

The petition by the respondent mother for certification for appeal from the Appellate Court, 117 Conn. App. 590 (AC 30020), is denied.

*David B. Rozwaski,* in support of the petition.

*Michael J. LaMonica,* assistant attorney general, in opposition.

Decided December 9, 2009

## IN RE TREMAINE C.

The petition by the respondent father for certification for appeal from the Appellate Court, 117 Conn. App. 521 (AC 30083), is denied.

*David J. Reich,* in support of the petition.

*Susan T. Pearlman,* assistant attorney general, in opposition.

Decided December 9, 2009

## MERRIMACK MUTUAL FIRE INSURANCE COMPANY *v.* JEFFREY RAMSEY ET AL.

The defendant Meghan Laporta's petition for certification for appeal from the Appellate Court, 117 Conn. App. 769 (AC 30245), is denied.